# UNITED STATES BANKRUPTCY COURT
## District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

**In Re:**
Applied Solar, Inc.
3560 Dunhill Street
San Diego, CA 92121
d/b/a ASI Liquidating Co. and
SC Liquidating Company, LLC f/k/a Solar Communities I LLC
  **EIN:** 98−0370750

**Chapter:** 7

**Case No.:** 09−12624−MFW
and 09−12623

## NOTICE OF CONVERSION OF CHAPTER 11 TO CHAPTER 7

**NOTICE IS HEREBY GIVEN** that on 12/23/09 the chapter 11 petition filed by the above−named debtor(s) converted to a chapter 7 petition. If you have previously filed a request for allowance and/or payment of an administrative expense, that request will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim(s) will be scheduled for a hearing.

                                                    David D. Bird, Clerk

Dated: 12/23/09

(VAN−038)